NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


OBDUELLA DAVID SOTO,                    )
                                        )
                Appellant,              )
                                        )
v.                                      )        Case No. 2D16-3491
                                        )
STATE OF FLORIDA,                       )
                                        )
                Appellee.               )
                                        )
_____     )

Opinion filed April 4, 2018.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and CASANUEVA and ATKINSON, JJ., Concur.